# Order

Michigan Supreme Court
Lansing, Michigan

March 24, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135499

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

LANCE EARL FARROW,
    Defendant-Appellant.

SC: 135499
COA: 272596
Calhoun CC: 06-000027-FC

_____/

   On order of the Court, the application for leave to appeal the November 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

Clerk

d0317